# United States District Court

*for the District of*

USCA8    No.

## NOTICE OF APPEAL

United States of America,

*Plaintiff*

vs

CHARLES HAMBER

*Defendant*

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

4:21CR00510-1MTS

District Court Docket Number

Matthew T. Schelp

District Court Judge

Notice is hereby given that <u>Charles Hamber</u> appeals to the United States Court of Appeals for the Eighth Circuit from the: ☒ Judgment & Commitment ☐ Order_____

(Specify)

entered In this action on <u>April 30,</u>

_Philip Eisenhauer_

Signature of Defendant's Counsel

Philip Eisenhauer

Typed Name of Defendant's Counsel

| | |
|---|---|
| 1015 Locust | Suite 1000 |
| Street Address | Room Number |
| Saint Louis   MO   63101 | |
| City   State   ZIP | |

( 314 ) 378-1149

Telephone Number

5/7/20

Date

---

## TRANSCRIPT ORDER FORM

### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please Prepare a transcript of:
☐ Pre-trial proceedings
☐ Testimony or
☐ Portions thereof
☐ Sentencing
☐ Post Trial Proceedings
☒ Other (Specify)

☐ I am not ordering a transcript because:
☐ Previously Filed
☐ Other (Specify)

---

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form.have been.filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: ☐ Funds, ☒ CJA Form24 completed and attached.

Attorney's Signature _Philip Eisenhauer_    Date ____5-7-24____

## Note: Complete all Items on Page Two

# INFORMATION SHEET
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

| Defendant's Address: | Ste. Genevieve County Jail<br>5 Basler Dr.<br>Sainte Genevieve MO 63670 |

**2. Date of Verdict**  January 16, 2024        Jury ☒    Non-Jury ☐

**Offenses:**  Count 1-Felon in Possession of a firearm

Trial Testimony - Number of Days  1        Bail Status  confined

**3. Sentence and Date Imposed:**  21 Months imposed on April 30, 2024

**4. Appealing:**  sentence ☐    Conviction ☒    Both ☐

Challenging:
- ☐ Application of Sentencing Guidelines
- ☐ Constitutionality of Guidelines
- ☐ Both Application and Constitutionality

**5. Date Trial Transcript ordered by Counsel or District Court:**  5/7/24

Stenographer in Charge:  Shannon White

(Name, Address, Phone)  111 South 10th Street<br>St. Louis MO 63102<br>314-244-7966

**6. Trial Counsel was:**    ☒ Appointed    ☐ Retained

Does Defendant's financial status warrant appointment of counsel on appeal?
☒ Yes    ☐ No

Affidavit of Financial Status filed:  2-23-22

Is there any reason why trial counsel should not be appointed as counsel on appeal?
☐ Yes    ☒ No

**7. Assistant U.S. Attorney Name and Phone Number:**  Tiffany Becker<br>Justin Landendorf<br>314-539-2200

---

## Court Reporter Acknowledgment

Date Order Received          Estimated Completion Date          Est Number of Pages


Court Reporter's Signature                    Date